# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### *Hearing Information:*

| | | | |
|---|---|---|---|
| **Debtor:** | Dan Wise | | |
| **Case Number:** | 2:08-bk-15625-RJH | **Chapter:** | 7 |
| **Date / Time / Room:** | MONDAY, JULY 13, 2009 10:30 AM   6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES | | |
| **Courtroom Clerk:** | JANET SMITH | | |
| **Reporter / ECR:** | SHERI FLETCHER | | |

### *Matters:*

1) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY NATIONAL CITY MORTGAGE
   **R / M #:**  58 / 0

2) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY NATIONAL CITY MORTGAGE
   **R / M #:**  55 / 0

### *Appearances:*

THEODORE P. WITTHOFT, ATTORNEY FOR MAUREEN GAUGHAN
LEONARD J. MCDONALD, ATTORNEY FOR MOVANT
RALPH PREITE, ATTORNEY FOR MERCHANTS T & F

### *Proceedings:*

ITEM #1  Flagstaff Property

The trustee had withdrawn their objection to the motion at docket #55.

COURT:  IT IS ORDERED GRANTING STAY RELIEF AS TO THE FLAGSTAFF PROPERTY.

ITEM #2

Mr. Preite urged the Court to also grant stay relief for his client today.

Mr. McDonald suggested a one to two month continuance of this hearing.

Mr. Witthoft informed the trustee would like an opportunity to sell this property.  He further informed he believes the trustee can avoid the lien of Merchants T & F.

Mr. Preite stated it would take approximately 6 months for a foreclosure sale to take place in New York.

COURT:    IT IS ORDERED GRANTING RELIEF FROM THE STAY AS TO BOTH MERCHANTS T&F AND NATIONAL CITY MORTGAGE PROVIDED HOWEVER THAT NO ACTUAL SALE MAY OCCUR SOONER THAN 6 MONTHS FROM TODAY.   MR. MCDONALD IS DIRECTED TO UPLOAD A FORM OF ORDER WHICH COVERS BOTH PARTIES.