**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: July 27, 2009**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

Daniel P. Collins (State Bar Id No. 009055)
Theodore P. Witthoft (State Bar Id No. 021632)
**COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.**
201 North Central Avenue, Suite 2200
Phoenix, Arizona 85004-0022
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: dcollins@cmpbglaw.com
Email: twitthoft@cmpbglaw.com

Attorneys for Chapter 7 Trustee, Maureen Gaughan

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>WHISPERING WINDS PROPERTIES, LLC and DAN WISE,<br><br>Debtor.<br><br>MAUREEN GAUGHAN, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>DAN WISE,<br><br>Defendant/Debtor. | Chapter 7<br><br>Case No. 2:08-bk-15620-RJH<br>. 2:08-bk-15625-RJH<br>(Jointly Administered)<br><br>Adversary No 2:09-ap-00579-RJH<br><br><br>**DEFAULT JUDGMENT DENYING DEBTOR'S DISCHARGE** |

The chapter 7 trustee, Maureen Gaughan ("Plaintiff" or "Trustee"), having filed her Application for Entry of Judgment by Default against Defendant Dan Wise ("Defendant" or "Debtor"); the Defendant being neither infant nor incompetent; the Defendant having been properly served pursuant to Rule 7004(b)(3) of the Federal Rules of Bankruptcy Procedure; the statutory time within which to plead or otherwise defend and the Defendant having failed to do

so; the Clerk of the Court having duly entered the default against the Defendant; the Complaint having set forth facts sufficient to support the claim for relief, and good cause appearing, it is

ORDERED, ADJUDGED AND DECREED granting Judgment by default against the Defendant and in favor of the Plaintiff as follows:

    A.    As to Count One of Plaintiff's Complaint, Defendant's discharge is hereby denied pursuant to 11 U.S.C. §§ 727(a)(2);

    B.    As to Count Two of Plaintiff's Complaint, Defendant's discharge is hereby denied pursuant to 11 U.S.C. § 727(a)(3);

    C.    As to Count Three of Plaintiff's Complaint, Defendant's discharge is hereby denied pursuant to 11 U.S.C. § 727(a)(4);

    D.    As to Count Four of Plaintiff's Complaint, Defendant's discharge is hereby denied pursuant to 11 U.S.C. § 727(a)(5);

    E.    As to Count Five of Plaintiff's Complaint, Defendant's discharge is hereby denied pursuant to 11 U.S.C. § 727(a)(6);

    F.    As to Count Six of Plaintiff's Complaint, Defendant's discharge is hereby denied pursuant to 11 U.S.C. § 727(a)(7); and

    G.    The Bankruptcy Clerk shall close this Adversary Proceeding.

**SIGNED AND DATED ABOVE**