Maureen Gaughan
PO Box 6729
Chandler, AZ  85246-6729
(480) 899-2036

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In Re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| WHISPERING WINDS PROPERTIES, LLC | ) | CASE NO. 08-15620-PHX-RJH |
| | ) | |
| | ) | |
| WISE, DAN | ) | CASE NO. 08-15625-PHX-RJH |
| | ) | |
| | ) | TRUSTEE'S REPORT |
| ( Jointly Administered ) | ) | OF AUCTION SALE |
| | ) | |
| Debtor(s). | ) | |

Maureen Gaughan, Trustee in the above-captioned cases, reports that after due notice to creditors and interested parties, a public auction was held on October 7, 2009, by Cunningham & Associates, Inc at 6502 N 27th Ave Phoenix, AZ where estate property was sold for the sum of $36,590.00.

A report of items sold by the auctioneer is attached hereto as Exhibit A and is incorporated herein by this reference.

October 22, 2009                              ___/s/ Maureen Gaughan _____
     DATE                                     Maureen Gaughan, TRUSTEE

# Consignor Settlement

**Cunningham & Associates, Inc.**
**6502 N. 27th Ave**
**Phoenix, AZ  85017**

**Phone: 888-777-9888   Fax: 602-595-6813**

| CO #: | 154 |
|---|---|
| Date: | 9/28/2009 |
| Page: | 1 |

<u>**Consignor**</u>
Dan Wise
Gaughan / Dan Wise

Auction: Oct. 7th Warehouse

| Lot# | Description | Quantity | Unit Price | Ext.Price | Expenses |
|---|---|---|---|---|---|
| 110 | Ladies Seiko quartz gold-tone watch with chain, SN 296108 | 1.00 | 10.00 | 10.00 | 0.00 |
| 111 | Sterling silver toe ring & sterling watch band (broken) | 1.00 | 15.00 | 15.00 | 0.00 |
| 112 | Ladies Seiko Quartz gold-colored watch, SN 420461 | 1.00 | 25.00 | 25.00 | 0.00 |
| 119 | Muzzle loader gun | 1.00 | 75.00 | 75.00 | 0.00 |
| 120 | Artwork | 1.00 | 40.00 | 40.00 | 0.00 |
| 121 | Western Artwork | 1.00 | 60.00 | 60.00 | 0.00 |
| 122 | Artwork Cowboy | 1.00 | 30.00 | 30.00 | 0.00 |
| 123 | Two cowboys riding horses painting | 1.00 | 15.00 | 15.00 | 0.00 |
| 124 | Two cowboys sitting on a fence painting | 1.00 | 10.00 | 10.00 | 0.00 |
| 125 | Desert landscape painting | 1.00 | 45.00 | 45.00 | 0.00 |
| 126 | Western artwork | 1.00 | 20.00 | 20.00 | 0.00 |
| 129 | Streets of Italy artwork with light attachment | 1.00 | 90.00 | 90.00 | 0.00 |
| 130 | Farm animals artwork with light attachment | 1.00 | 90.00 | 90.00 | 0.00 |
| 131 | Fruit artwork with light attachment | 1.00 | 120.00 | 120.00 | 0.00 |
| 135 | Gold guilt frame beveled glass wall mirror 6375 | 1.00 | 75.00 | 75.00 | 0.00 |
| 136 | Artwork painting | 1.00 | 25.00 | 25.00 | 0.00 |
| 137 | Artwork painting | 1.00 | 25.00 | 25.00 | 0.00 |
| 138 | Artwork painting | 1.00 | 50.00 | 50.00 | 0.00 |
| 139 | Artwork painting | 1.00 | 50.00 | 50.00 | 0.00 |
| 141 | Artwork painting | 1.00 | 60.00 | 60.00 | 0.00 |
| 142 | Artwork painting | 1.00 | 60.00 | 60.00 | 0.00 |
| 143 | Artwork painting | 1.00 | 50.00 | 50.00 | 0.00 |
| 144 | Artwork painting | 1.00 | 50.00 | 50.00 | 0.00 |

# Consignor Settlement

**Cunningham & Associates, Inc.**
**6502 N. 27th Ave**
**Phoenix, AZ  85017**

**Phone: 888-777-9888   Fax: 602-595-6813**

| CO #: | 154 |
|---|---|
| Date: | 9/28/2009 |
| Page: | 2 |

| | | | | | |
|---|---|---|---|---|---|
| 145 | Artwork Clouds over San Juan | 1.00 | 275.00 | 275.00 | 0.00 |
| 146 | Fish and golfing artwork | 1.00 | 5.00 | 5.00 | 0.00 |
| 151 | Artwork Horses | 1.00 | 10.00 | 10.00 | 0.00 |
| 152 | Artwork | 1.00 | 325.00 | 325.00 | 0.00 |
| 153 | Framed western artwork (3) | 1.00 | 10.00 | 10.00 | 0.00 |
| 175 | patio table w/ 6 chairs | 1.00 | 1,250.00 | 1,250.00 | 0.00 |
| 176 | Patio furniture: (2) chairs, (1) love chair | 1.00 | 550.00 | 550.00 | 0.00 |
| 180 | 2 plastic patio chairs | 1.00 | 12.50 | 12.50 | 0.00 |
| 185 | log rack | 1.00 | 30.00 | 30.00 | 0.00 |
| 196 | 2 recliner pool chairs | 1.00 | 25.00 | 25.00 | 0.00 |
| 200 | 2 plastic patio chairs w/ cushions | 1.00 | 40.00 | 40.00 | 0.00 |
| 1001 | Large Mirror | 1.00 | 100.00 | 100.00 | 0.00 |
| 1002 | Mirror | 1.00 | 100.00 | 100.00 | 0.00 |
| 1003 | Wall mirror | 1.00 | 70.00 | 70.00 | 0.00 |
| 1004 | Metal frame wall mirror | 1.00 | 60.00 | 60.00 | 0.00 |
| 1006 | round iron decoration | 1.00 | 175.00 | 175.00 | 0.00 |
| 1007 | Leather chair with ottoman | 1.00 | 225.00 | 225.00 | 0.00 |
| 1008 | Tile hall table | 1.00 | 25.00 | 25.00 | 0.00 |
| 1009 | Sofa | 1.00 | 175.00 | 175.00 | 0.00 |
| 1010 | Leather ottoman | 1.00 | 17.50 | 17.50 | 0.00 |
| 1011 | Leather ottoman | 1.00 | 17.50 | 17.50 | 0.00 |
| 1012 | Metal jewelry box with stand | 1.00 | 50.00 | 50.00 | 0.00 |
| 1013 | Candle holder | 1.00 | 7.50 | 7.50 | 0.00 |
| 1014 | Hat and coat rack | 1.00 | 60.00 | 60.00 | 0.00 |
| 1015 | Metal jewelry box | 1.00 | 30.00 | 30.00 | 0.00 |
| 1016 | framed wine cellar sign | 1.00 | 12.50 | 12.50 | 0.00 |
| 1017 | 2 pillows w/ leather face | 1.00 | 25.00 | 25.00 | 0.00 |
| 1018 | Flower stand | 1.00 | 20.00 | 20.00 | 0.00 |
| 1019 | Table lamp with lamp shade | 1.00 | 40.00 | 40.00 | 0.00 |
| 1020 | Steering wheel decoration | 1.00 | 20.00 | 20.00 | 0.00 |
| 1021 | Leather love seat | 1.00 | 250.00 | 250.00 | 0.00 |
| 1022 | Leather arm chair | 1.00 | 225.00 | 225.00 | 0.00 |
| 1023 | Coffee table with slide out shelf | 1.00 | 425.00 | 425.00 | 0.00 |
| 1024 | Antique end table | 1.00 | 250.00 | 250.00 | 0.00 |

# Consignor Settlement

**Cunningham & Associates, Inc.**
6502 N. 27th Ave
Phoenix, AZ  85017

**Phone: 888-777-9888   Fax: 602-595-6813**

| CO #: | 154 |
|---|---|
| Date: | 9/28/2009 |
| Page: | 3 |

| Lot# | Description | Quantity | Unit Price | Ext.Price | Expenses |
|---|---|---|---|---|---|
| 1025 | Corner armoire | 1.00 | 375.00 | 375.00 | 0.00 |
| 1026 | Wooden hall stand | 1.00 | 90.00 | 90.00 | 0.00 |
| 1027 | Toshiba flat screen TV | 1.00 | 350.00 | 350.00 | 0.00 |
| 1028 | Toshiba 50" TV | 1.00 | 500.00 | 500.00 | 0.00 |
| 1029 | Copper top hall table | 1.00 | 500.00 | 500.00 | 0.00 |
| 1030 | Lazy-Boy leather recliner | 1.00 | 375.00 | 375.00 | 0.00 |
| 1031 | Lazy-Boy leather recliner | 1.00 | 325.00 | 325.00 | 0.00 |
| 1032 | 5 golden pillows 3 w/ ruffled ends, 2 long round | 1.00 | 55.00 | 55.00 | 0.00 |
| 1033 | Wooden decoration with flowers | 1.00 | 15.00 | 15.00 | 0.00 |
| 1034 | Table lamp with shade | 1.00 | 55.00 | 55.00 | 0.00 |
| 1035 | Flieta leather mantel clock | 1.00 | 10.00 | 10.00 | 0.00 |
| 1036 | The Old West Time Life book collection | 1.00 | 30.00 | 30.00 | 0.00 |
| 1038 | Hanging wall mirror | 1.00 | 40.00 | 40.00 | 0.00 |
| 1039 | Floor lamp | 1.00 | 45.00 | 45.00 | 0.00 |
| 1041 | Women's cowboy boots size 7 1/2 | 1.00 | 35.00 | 35.00 | 0.00 |
| 1042 | Sony DVD player | 1.00 | 25.00 | 25.00 | 0.00 |
| 1043 | Toshiba 27" color TV | 1.00 | 30.00 | 30.00 | 0.00 |
| 1044 | Wooden TV stand | 1.00 | 125.00 | 125.00 | 0.00 |
| 1045 | Wooden armoire | 1.00 | 200.00 | 200.00 | 0.00 |
| 1046 | Wooden dresser TV stand | 1.00 | 20.00 | 20.00 | 0.00 |
| 1047 | Wooden dresser | 1.00 | 50.00 | 50.00 | 0.00 |
| 1048 | Night stand | 2.00 | 12.50 | 25.00 | 0.00 |
| 1049 | Night stand | 1.00 | 25.00 | 25.00 | 0.00 |
| 1050 | golden chair w/ foot stool | 1.00 | 50.00 | 50.00 | 0.00 |
| 1051 | Easy rider chocolate chair | 1.00 | 50.00 | 50.00 | 0.00 |
| 1052 | long wooden hall way table | 1.00 | 300.00 | 300.00 | 0.00 |
| 1053 | Night stand | 1.00 | 50.00 | 50.00 | 0.00 |
| 1054 | Metal box | 1.00 | 15.00 | 15.00 | 0.00 |
| 1055 | Metal artwork | 1.00 | 40.00 | 40.00 | 0.00 |
| 1056 | Pair of metal candle holders | 1.00 | 100.00 | 100.00 | 0.00 |
| 1057 | Antique candle holder | 1.00 | 10.00 | 10.00 | 0.00 |
| 1058 | 3 stair step candle holder | 1.00 | 25.00 | 25.00 | 0.00 |

**Cunningham & Associates, Inc.**
6502 N. 27th Ave
Phoenix, AZ  85017

**Phone: 888-777-9888   Fax: 602-595-6813**

| CO #: | 154 |
|---|---|
| Date: | 9/28/2009 |
| Page: | 4 |

| | | | | | |
|---|---|---|---|---|---|
| 1059 | Wicker seat stools | 2.00 | 10.00 | 20.00 | 0.00 |
| 1060 | 4 straw/ hemp baskets | 1.00 | 25.00 | 25.00 | 0.00 |
| 1061 | Iron floor lamp | 1.00 | 50.00 | 50.00 | 0.00 |
| 1062 | Sherwood New Castle CD player | 1.00 | 25.00 | 25.00 | 0.00 |
| 1063 | Sherwood Newcastle audio/video receiver ,odel#R-765 | 1.00 | 80.00 | 80.00 | 0.00 |
| 1064 | Sherwood New Castle receiver | 1.00 | 100.00 | 100.00 | 0.00 |
| 1065 | Direct TV DVR receiver | 1.00 | 10.00 | 10.00 | 0.00 |
| 1068 | Panasonic 5 disc changer | 1.00 | 50.00 | 50.00 | 0.00 |
| 1069 | RCA VCR | 1.00 | 5.00 | 5.00 | 0.00 |
| 1070 | Sony Trinitron TV | 1.00 | 20.00 | 20.00 | 0.00 |
| 1071 | Samsung Sync Master 27" flat screen TV | 1.00 | 50.00 | 50.00 | 0.00 |
| 1072 | wooden clock w painted flowers | 1.00 | 50.00 | 50.00 | 0.00 |
| 1073 | Horse shoe hat rack w/ cowboy boot candle holder | 1.00 | 20.00 | 20.00 | 0.00 |
| 1074 | RCA 51" flat screen TV | 1.00 | 300.00 | 300.00 | 0.00 |
| 1075 | RCA DVD player | 1.00 | 20.00 | 20.00 | 0.00 |
| 1076 | wine rack & candle holder | 1.00 | 20.00 | 20.00 | 0.00 |
| 1077 | Suede leather bar stools | 5.00 | 125.00 | 625.00 | 0.00 |
| 1078 | Upholstered chair | 1.00 | 15.00 | 15.00 | 0.00 |
| 1079 | Marble end table | 1.00 | 200.00 | 200.00 | 0.00 |
| 1080 | Wooden stand | 1.00 | 30.00 | 30.00 | 0.00 |
| 1081 | Pair of metal candle holders | 1.00 | 7.50 | 7.50 | 0.00 |
| 1082 | Metal vase | 1.00 | 140.00 | 140.00 | 0.00 |
| 1083 | Ceramic vase | 1.00 | 35.00 | 35.00 | 0.00 |
| 1084 | Wooden end table | 1.00 | 50.00 | 50.00 | 0.00 |
| 1085 | Wooden end table | 1.00 | 50.00 | 50.00 | 0.00 |
| 1086 | Marble coffee table | 1.00 | 500.00 | 500.00 | 0.00 |
| 1087 | Cindy Crawford suede leather couch sectional | 1.00 | 850.00 | 850.00 | 0.00 |
| 1088 | Cow hide throw rug | 1.00 | 175.00 | 175.00 | 0.00 |
| 1089 | V-tech cordless phone answering machine | 1.00 | 50.00 | 50.00 | 0.00 |
| 1090 | Jewelry boxes (2) | 1.00 | 20.00 | 20.00 | 0.00 |
| 1091 | Clock | 1.00 | 5.00 | 5.00 | 0.00 |
| 1092 | Remote control box | 1.00 | 55.00 | 55.00 | 0.00 |

**Cunningham & Associates, Inc.**
6502 N. 27th Ave
Phoenix, AZ  85017

**Phone: 888-777-9888   Fax: 602-595-6813**

| CO #: | 154 |
|---|---|
| Date: | 9/28/2009 |
| Page: | 5 |

| | | | | | |
|---|---|---|---|---|---|
| 1093 | Krups 4 slice toaster | 1.00 | 10.00 | 10.00 | 0.00 |
| 1094 | Wooden box decoration | 1.00 | 5.00 | 5.00 | 0.00 |
| 1095 | Pair of metal table lamps | 1.00 | 45.00 | 45.00 | 0.00 |
| 1096 | 2 denim throw pillows | 1.00 | 10.00 | 10.00 | 0.00 |
| 1097 | Poker chip and car holder | 1.00 | 5.00 | 5.00 | 0.00 |
| 1098 | Dominos and sorry games | 1.00 | 5.00 | 5.00 | 0.00 |
| 1099 | Metal vase | 1.00 | 110.00 | 110.00 | 0.00 |
| 1100 | Leather upholstered chair | 1.00 | 275.00 | 275.00 | 0.00 |
| 1101 | Leather upholstered chair | 1.00 | 275.00 | 275.00 | 0.00 |
| 1102 | Marble end table | 1.00 | 400.00 | 400.00 | 0.00 |
| 1103 | Marble coffee table | 1.00 | 200.00 | 200.00 | 0.00 |
| 1104 | 3 Marble coffee tables | 1.00 | 100.00 | 100.00 | 0.00 |
| 1105 | Large circular metal frame artwork | 1.00 | 65.00 | 65.00 | 0.00 |
| 1106 | Set of candle holders | 1.00 | 45.00 | 45.00 | 0.00 |
| 1108 | Vase | 1.00 | 30.00 | 30.00 | 0.00 |
| 1109 | Pair of wooden stools with cushions | 1.00 | 10.00 | 10.00 | 0.00 |
| 1111 | Dining room table with 6 chairs | 1.00 | 600.00 | 600.00 | 0.00 |
| 1113 | Dinning room table with 8 chairs | 1.00 | 550.00 | 550.00 | 0.00 |
| 1114 | Pair of candle holders | 1.00 | 10.00 | 10.00 | 0.00 |
| 1115 | Kitchen dinette armoire | 1.00 | 75.00 | 75.00 | 0.00 |
| 1116 | Wooden table with 4 chairs | 1.00 | 250.00 | 250.00 | 0.00 |
| 1117 | Glass plates and kitchen misc. | 1.00 | 75.00 | 75.00 | 0.00 |
| 1118 | Hand carved wooden bowl | 1.00 | 30.00 | 30.00 | 0.00 |
| 1119 | 3 Art Deco statues | 1.00 | 55.00 | 55.00 | 0.00 |
| 1120 | 5 spice containers | 1.00 | 45.00 | 45.00 | 0.00 |
| 1121 | 15 assorted books | 1.00 | 7.50 | 7.50 | 0.00 |
| 1122 | 3 vegetable filled glass decorations | 1.00 | 25.00 | 25.00 | 0.00 |
| 1123 | 6 Ceramic vase | 1.00 | 45.00 | 45.00 | 0.00 |
| 1124 | Early golf ball envelope holder golf bag pen holder, jewelry box and tin lamp candle holder | 1.00 | 12.50 | 12.50 | 0.00 |
| 1125 | Vase | 1.00 | 60.00 | 60.00 | 0.00 |
| 1126 | Boat decoration | 1.00 | 5.00 | 5.00 | 0.00 |
| 1127 | Toshiba 50" theater wide flat screen TV | 1.00 | 250.00 | 250.00 | 0.00 |
| 1128 | Moon decoration | 1.00 | 10.00 | 10.00 | 0.00 |

# Consignor Settlement

**Cunningham & Associates, Inc.**
6502 N. 27th Ave
Phoenix, AZ 85017

**Phone: 888-777-9888   Fax: 602-595-6813**

| CO #: | 154 |
|---|---|
| Date: | 9/28/2009 |
| Page: | 6 |

| Lot# | Description | Quantity | Unit Price | Ext.Price | Expenses |
|---|---|---|---|---|---|
| 1131 | Wooden end table | 1.00 | 45.00 | 45.00 | 0.00 |
| 1132 | Bed frame with mattress and box spring set | 1.00 | 350.00 | 350.00 | 0.00 |
| 1135 | Leather office lounge chair | 1.00 | 280.00 | 280.00 | 0.00 |
| 1136 | Leather office lounge chair | 1.00 | 280.00 | 280.00 | 0.00 |
| 1137 | Leather office lounge chair | 1.00 | 280.00 | 280.00 | 0.00 |
| 1138 | Round glass top office table | 1.00 | 45.00 | 45.00 | 0.00 |
| 1139 | Glass to office table with shelving compartments | 1.00 | 45.00 | 45.00 | 0.00 |
| 1140 | Glass top coffee table | 1.00 | 40.00 | 40.00 | 0.00 |
| 1141 | Leather office lounge chair | 1.00 | 300.00 | 300.00 | 0.00 |
| 1142 | Leather office lounge chair | 1.00 | 300.00 | 300.00 | 0.00 |
| 1143 | Leather office lounge chair | 1.00 | 300.00 | 300.00 | 0.00 |
| 1147 | Table lamp | 1.00 | 25.00 | 25.00 | 0.00 |
| 1148 | Cork remover | 1.00 | 75.00 | 75.00 | 0.00 |
| 1152 | Large tan shag rug | 1.00 | 40.00 | 40.00 | 0.00 |
| 1161 | Toshiba theater wide flat screen 26" TV | 1.00 | 150.00 | 150.00 | 0.00 |
| 1162 | SVA 42" plasma TV | 1.00 | 400.00 | 400.00 | 0.00 |
| 1164 | Direct TV HD DVR receiver | 1.00 | 60.00 | 60.00 | 0.00 |
| 1166 | Chalk board with clock pair of clocks | 1.00 | 20.00 | 20.00 | 0.00 |
| 1167 | Antique 12 drawer dresser | 1.00 | 550.00 | 550.00 | 0.00 |
| 1168 | Wooden chest | 1.00 | 35.00 | 35.00 | 0.00 |
| 1169 | wood chest | 1.00 | 40.00 | 40.00 | 0.00 |
| 1170 | Leather backing Box spring and mattress | 1.00 | 2,700.00 | 2,700.00 | 0.00 |
| 1171 | 2 comforters | 1.00 | 150.00 | 150.00 | 0.00 |
| 1172 | Spanish style rug | 1.00 | 10.00 | 10.00 | 0.00 |
| 1173 | Arobics liberator pad | 1.00 | 15.00 | 15.00 | 0.00 |
| 1174 | Wooden hall table | 1.00 | 45.00 | 45.00 | 0.00 |
| 1175 | Metal vase | 1.00 | 35.00 | 35.00 | 0.00 |
| 1176 | Table lamp | 1.00 | 5.00 | 5.00 | 0.00 |
| 1178 | Lighted Highland Fir Christmas tree | 1.00 | 5.00 | 5.00 | 0.00 |
| 1179 | Luggage Lark Worldground, Swissgea 5 peace's of luggage, sleeping bag, golf suit case | 1.00 | 110.00 | 110.00 | 0.00 |
| 1191 | Panasonic speaker set 6 | 1.00 | 70.00 | 70.00 | 0.00 |
| 1197 | Conference table chairs | 6.00 | 45.00 | 270.00 | 0.00 |

**Cunningham & Associates, Inc.**
6502 N. 27th Ave
Phoenix, AZ  85017

Phone: 888-777-9888   Fax: 602-595-6813

| CO #: | 154 |
|---|---|
| Date: | 9/28/2009 |
| Page: | 7 |

| Lot# | Description | Quantity | Unit Price | Ext.Price | Expenses |
|---|---|---|---|---|---|
| 1198 | HP LaserJet 5000 printer | 1.00 | 40.00 | 40.00 | 0.00 |
| 1199 | Cherry wood reception desk | 1.00 | 100.00 | 100.00 | 0.00 |
| 1208 | sleep easy full mattress & box spring | 1.00 | 10.00 | 10.00 | 0.00 |
| 1209 | Steel Gate | 1.00 | 110.00 | 110.00 | 0.00 |
| 1210 | sleep easy mattress and box spring | 1.00 | 10.00 | 10.00 | 0.00 |
| 1218 | Muratec copy machine | 1.00 | 95.00 | 95.00 | 0.00 |
| 1219 | 2 telephone | 1.00 | 7.50 | 7.50 | 0.00 |
| 1220 | C-Blue bluetooth speaker phone car kit 4 items | 1.00 | 55.00 | 55.00 | 0.00 |
| 1222 | Cherry wood table | 1.00 | 60.00 | 60.00 | 0.00 |
| 1224 | Brother Intelifax printer | 1.00 | 15.00 | 15.00 | 0.00 |
| 1225 | HP printer | 1.00 | 25.00 | 25.00 | 0.00 |
| 1226 | Cloth office chair | 1.00 | 15.00 | 15.00 | 0.00 |
| 1227 | box of computer wires | 1.00 | 20.00 | 20.00 | 0.00 |
| 1228 | Ceramic table lamp | 1.00 | 15.00 | 15.00 | 0.00 |
| 1231 | Cherry wood 2 drawer filing cabinet | 1.00 | 50.00 | 50.00 | 0.00 |
| 1232 | Cherry wood 3 drawer office desk | 1.00 | 125.00 | 125.00 | 0.00 |
| 1233 | Cherry wood 2 drawer filing cabinet | 1.00 | 40.00 | 40.00 | 0.00 |
| 1235 | Leather executive office chair | 1.00 | 125.00 | 125.00 | 0.00 |
| 1236 | Samsung Sync Master 1701 MB 10" monitor | 1.00 | 35.00 | 35.00 | 0.00 |
| 1237 | APC smart UPS backup battery pack wit surge protector | 1.00 | 35.00 | 35.00 | 0.00 |
| 1243 | Cherry wood 2 drawer filing cabinet | 1.00 | 55.00 | 55.00 | 0.00 |
| 1244 | Office desk 3 pieces | 1.00 | 125.00 | 125.00 | 0.00 |
| 1245 | 7 Vodavi phone system | 1.00 | 400.00 | 400.00 | 0.00 |
| 1246 | Canon calculator adding machine | 1.00 | 5.00 | 5.00 | 0.00 |
| 1247 | Belkin DSL modem 4 items networking modems | 1.00 | 20.00 | 20.00 | 0.00 |
| 1248 | KDS computer monitor with keyboard and mouse | 1.00 | 25.00 | 25.00 | 0.00 |
| 1249 | Channel Vision remote control processor | 1.00 | 130.00 | 130.00 | 0.00 |
| 1250 | Pioneer 50" flat screen plasma TV | 1.00 | 475.00 | 475.00 | 0.00 |
| 1252 | Cherry wood cabinet with shelves | 1.00 | 100.00 | 100.00 | 0.00 |
| 1256 | Bekin Oni View sharing switch m/n#F1D074 | 1.00 | 5.00 | 5.00 | 0.00 |
| 1260 | Wooden 3 drawer desk | 1.00 | 15.00 | 15.00 | 0.00 |
| 1261 | Box of misc. stickers and credentials | 1.00 | 5.00 | 5.00 | 0.00 |

**Cunningham & Associates, Inc.**
6502 N. 27th Ave
Phoenix, AZ 85017

Phone: 888-777-9888   Fax: 602-595-6813

| CO #: | 154 |
|---|---|
| Date: | 9/28/2009 |
| Page: | 8 |

| Lot# | Description | Quantity | Unit Price | Ext.Price | Expenses |
|---|---|---|---|---|---|
| 1262 | stone decoration and 2 drawer plastic bin | 1.00 | 20.00 | 20.00 | 0.00 |
| 1267 | Office desk | 1.00 | 500.00 | 500.00 | 0.00 |
| 1268 | Leather chair | 1.00 | 120.00 | 120.00 | 0.00 |
| 1269 | Sharp calculator | 1.00 | 10.00 | 10.00 | 0.00 |
| 1272A | Petroleum jelly/cables | 1.00 | 25.00 | 25.00 | 0.00 |
| 1275 | Canon clock and calculator adding machine | 1.00 | 20.00 | 20.00 | 0.00 |
| 1337 | Toshiba 27" TV | 1.00 | 80.00 | 80.00 | 0.00 |
| 1460 | Husky 6' ladder | 1.00 | 35.00 | 35.00 | 0.00 |
| 1506 | 3 step ladder | 1.00 | 25.00 | 25.00 | 0.00 |
| 2026 | Kenmore heavy duty clothes dryer | 1.00 | 170.00 | 170.00 | 0.00 |
| 2027 | Kenmore 2 speed clothes washer | 1.00 | 125.00 | 125.00 | 0.00 |
| 2028 | Kenmore Elite clothes dryer | 1.00 | 250.00 | 250.00 | 0.00 |
| 2029 | Kenmore Elite clothes washer | 1.00 | 250.00 | 250.00 | 0.00 |
| 2058 | Grand Turbo stainless steel barbecue grill | 1.00 | 1,200.00 | 1,200.00 | 0.00 |
| 2059 | Stainless steel trash can | 1.00 | 20.00 | 20.00 | 0.00 |
| 2080 | Jenn-Air stainless steel refrigerator | 1.00 | 850.00 | 850.00 | 0.00 |
| 2081 | Kenmore refrigerator | 1.00 | 95.00 | 95.00 | 0.00 |
| 2113 | Stainless steel bread box | 1.00 | 5.00 | 5.00 | 0.00 |
| 2115 | J. A. Heckels cutlery set | 1.00 | 50.00 | 50.00 | 0.00 |
| 2116 | Kitchenaid Artisan mixer | 1.00 | 80.00 | 80.00 | 0.00 |
| 2117 | Hamilton Beach jar opener | 1.00 | 5.00 | 5.00 | 0.00 |
| 2119 | Osterizer blender | 1.00 | 45.00 | 45.00 | 0.00 |
| 2120 | Delongi coffee maker | 1.00 | 20.00 | 20.00 | 0.00 |
| 2121 | Mr. Coffee coffee maker | 1.00 | 5.00 | 5.00 | 0.00 |
| 2123 | Krups 4 slice toaster | 1.00 | 27.50 | 27.50 | 0.00 |
| 2223 | Giant mountain bike | 1.00 | 170.00 | 170.00 | 0.00 |
| 2224 | Women's 15 speed Magna bicycle | 1.00 | 85.00 | 85.00 | 0.00 |
| 2225 | Magna bicycle | 1.00 | 40.00 | 40.00 | 0.00 |
| 2529 | Sun Mountain golf bag with Precept extra velocity irons | 1.00 | 10.00 | 10.00 | 0.00 |
| 2530 | Datrek golf bag with irons | 1.00 | 20.00 | 20.00 | 0.00 |
| 2530a | Calloway Big Bertha 4 wood driver | 1.00 | 25.00 | 25.00 | 0.00 |
| 2531 | Odyssey putter | 1.00 | 10.00 | 10.00 | 0.00 |

Consignor Settlement

**Cunningham & Associates, Inc.**
**6502 N. 27th Ave**
**Phoenix, AZ  85017**

**Phone: 888-777-9888   Fax: 602-595-6813**

| CO #: | 154 |
|---|---|
| Date: | 9/28/2009 |
| Page: | 9 |

| Lot# | Description | Quantity | Unit Price | Ext.Price | Expenses |
|---|---|---|---|---|---|
| 2533 | US kids golf bag with irons | 1.00 | 5.00 | 5.00 | 0.00 |
| 2553 | Christmas decorations | 1.00 | 70.00 | 70.00 | 0.00 |
| 2570 | Metal 2 door cabinet | 1.00 | 5.00 | 5.00 | 0.00 |
| 2571 | Metal 6 tier filing cabinet | 1.00 | 5.00 | 5.00 | 0.00 |
| 2572 | Metal 6 tier filing cabinet | 1.00 | 5.00 | 5.00 | 0.00 |
| 2573 | Metal 6 tier filing cabinet | 1.00 | 5.00 | 5.00 | 0.00 |
| 2574 | Metal 6 tier filing cabinet | 1.00 | 5.00 | 5.00 | 0.00 |
| 2576 | pallet of sheets, blankets and cloths | 1.00 | 35.00 | 35.00 | 0.00 |
| 3009 | 2005 GEM Globel Electric Motor Cars, LLC. 4 person Golf cart with charger. Hours 595.6 VIN 5ASAG47435F037821 | 1.00 | 5,250.00 | 5,250.00 | 0.00 |
| 3081 | Trampoline | 1.00 | 100.00 | 100.00 | 0.00 |

|  |  |
|---:|---:|
| Total Quantity: | 271.00 |
| Total Invoice Sale Price: | 36,590.00 |
| Total Commission: ( | 3,659.00) |
| Total Due to Consignor: | 32,931.00 |
| Total Payments: | 0.00 |
| Balance: | $32,931.00 |

Positive Balance, Monies Owed to Consignor
Inventory Remaining For This Consignment Order

**COMMISSION SETTINGS**
Calculate Commission By: Consignment Order
Commission Structure Type: Fixed

Any Amount                              10%