```
1  Jeffrey A. McKee
   DAVIS McKEE, P.L.L.C.
2  1650 North First Avenue
   Phoenix, AZ 85003
3  602-266-7667; Fax 602-277-9839
   Email: jmckee@dmflaw.com
4
5  Attorneys for Plaintiff Attilio Armeni
```

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: June 22, 2010**

_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>DAN WISE,<br>    Debtor.<br>─────────────────<br>ATTILIO ARMENI,<br>    Plaintiff,<br>  v.<br>DAN WISE,<br>    Defendant. | Involuntary Chapter 7 Proceedings<br><br>Case No.: 2:08-bk-15625-RJH<br><br>**JUDGMENT**<br><br>Adversary No. 2:09-ap-587-RJH<br>_____ |

Plaintiff Attilio Armeni having filed his Complaint against Debtor/Defendant Dan Wise pursuant to 11 U.S.C. § 523(a)(2), (4) and (6), 11 U.S.C. § 727(a)(2),(3) and (5) and Rules 7001(4) and (6) of the Bankruptcy Rules, Plaintiff having properly served Defendant with the summons and complaint herein, and Defendant having failed to file an answer to the Complaint, and an Entry of Default having been entered,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Debtor/Defendant Dan Wise is hereby denied a discharge under 11 U.S.C. § 727(a)(2),(3) and (5).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Debtor/Defendant Dan Wise is hereby denied a discharge under 11 U.S.C. § 523(a)(2), (4) and (6)as to the particular debts owed by him to Plaintiff Attilio Armeni.

Dated: _____

_____
**Randall J. Haines**
**Judge, United States Bankruptcy Court**